Filed 1/7/21  P. v. Stewart CA2/4

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### SECOND APPELLATE DISTRICT

### DIVISION FOUR

| | |
|---|---|
| THE PEOPLE, | B306480 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. BA144475) |
| v. | |
| KARL FRANKLIN STEWART, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of Los Angeles County, Laura F. Priver, Judge.  Dismissed.

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 1999, appellant Karl Franklin Stewart was convicted of murder in the first degree, attempted robbery, and burglary. The trial court sentenced appellant to life imprisonment without the possibility of parole, and imposed a restitution fine of $10,000. Appellant appealed, and in 2001, we affirmed.

In May 2020, appellant filed a "Motion for Modification of Restitution Order," asking the trial court to strike the $10,000 restitution fine and reduce the amount to what appellant had already paid ($492.84). The court denied the motion, and appellant timely appealed.

Appellant's appointed counsel filed a brief raising no issues and invoking *People v. Serrano* (2012) 211 Cal.App.4th 496 (*Serrano*). Under *Serrano*, when appointed counsel raises no issue in an appeal from a post-judgment proceeding following a first appeal as of right, an appellate court need not independently review the record. (*Id.* at 498.) We directed counsel to send the record and a copy of the brief to appellant, and notified appellant of his right to respond within 30 days. We have received no response. Because neither appellant nor his counsel has raised any claims of error, we dismiss the appeal as abandoned. (See *ibid*.)

## DISPOSITION

The appeal is dismissed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

                                        MANELLA, P. J.

We concur:



WILLHITE, J.



COLLINS, J.

3